**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GRANBERRY PROPERTIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-00091-ALM |
| | § | |
| | § | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MEDIATOR'S REPORT**

In accordance with the Court's Order, a mediation conference was held on December 2, 2025. The conference resulted in a settlement. All parties and counsel were present.

SIGNED this 10th day of December, 2025.

*/S/ Jay C. Zeleskey*

Assigned Mediator – Jay C. Zeleskey