**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **GRANBERRY PROPERTIES, INC.,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | **CIVIL NO. 4:25-cv-00091-ALM** |
| **vs.** | § | |
| | § | |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | § | |
| | § | |
| | § | |
| ***Defendant*.** | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Granberry Properties, Inc. ("Plaintiff") and Defendant Travelers Property Casualty Company of America ("Defendant" or "Travelers") hereby file this Joint Stipulation of Dismissal:

1. Plaintiff and Defendant have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by Plaintiff against Defendant should be dismissed with prejudice, with costs borne by the party incurring same.

2. The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal with Prejudice to the Court for entry.

Respectfully submitted,

*/s/ Andrew D. Spadoni (with permission)*
Preston J. Dugas III
State Bar No. 24050189
Andrew D. Spadoni
State Bar No. 24109198
**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
(817) 817-7000 – Telephone
(682) 219-0761
pdugas@dcclawfirm.com
aspadoni@dcclawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Alissa Puckett*
ALISSA PUCKETT
State Bar No. 24056886
WM. LANCE LEWIS
State Bar No. 12314560
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
apuckett@qslwm.com
llewis@qslwm.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument is being served electronically in accordance with the Federal Rules of Civil Procedure, on this 6th day of January 2026.

*/s/ Alissa Puckett*
Alissa Puckett