**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **GRANBERRY PROPERTIES, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **CIVIL NO. 4:25-cv-00091-ALM** |
| **vs.** | § | |
| | § | |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**AGREED ORDER OF DISMISSAL**

Before the Court in the above styled and numbered cause is the parties' Joint Stipulation of Dismissal filed on January 6, 2026. By their Stipulation the parties inform the Court that all matters in controversy have been resolved and that this case may be dismissed with prejudice, with each party bearing their own costs. Having considered the Joint Stipulation of Dismissal, the Court makes and delivers the following ruling:

IT IS HEREBY ORDERED that this civil action, including all claims and causes of action which were or could have been asserted herein by Plaintiff against Defendant is in all respects dismissed with prejudice to the refiling of same, with court costs to be borne by the party incurring same. This Order disposes of all claims among all parties and constitutes final judgment herein.

**IT IS SO ORDERED.**

**SIGNED this 8th day of January, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Andrew D. Spadoni (with permission)*
Preston J. Dugas III
State Bar No. 24050189
Andrew D. Spadoni
State Bar No. 24109198
**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.
Fort Worth, Texas 76107
(817) 817-7000 – Telephone
(682) 219-0761
pdugas@dcclawfirm.com
aspadoni@dcclawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Alissa Puckett*
ALISSA PUCKETT
State Bar No. 24056886
WM. LANCE LEWIS
State Bar No. 12314560
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
apuckett@qslwm.com
llewis@qslwm.com

**ATTORNEYS FOR DEFENDANT**